**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover               Date:   June 2, 2014
Court Reporter:       Terri Lindblom

Criminal Action No. 13-cr-00506-MSK

_Parties_:                                          _Counsel Appearing:_

UNITED STATES OF AMERICA,                      Mark Barrett

            Plaintiff,

v.

LAHKEAM MALIEK RIDDLE,                         Robert Pepin

            Defendant.

_____

### COURTROOM MINUTES

_____

HEARING:    Motions

**3:59 p.m.       Court in session.**

Defendant present in custody.

Also present is Frederick Stein as representative of Interested Party Colorado Springs Police
Department.

The Court addresses defendant's Motion to Suppress (**Doc. #25**)

**ORDER:**      Evidentiary Hearing on defendant's Motion to Suppress (**Doc. #25**) is set on
              **June 23, 2014 at 9:00 a.m.** in courtroom A901, 901 19th Street, Denver, CO

The Court addresses defendant's Motion for Discovery (**Doc. #26**).

**ORDER:**      Defendant's Motion for Discovery (**Doc. #26**) is **DENIED as moot.**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

The Court addresses defendant's Motion for Disclosure (**Doc. #27**).

**ORDER:**      Defendant's Motion for Disclosure (**Doc. #27**) is **DENIED as moot.**

The Court addresses Motion to Quash (**Doc. #37**).

Argument.

**ORDER:**      Motion to Quash (**Doc. #37**) is **GRANTED** in part and **DENIED** in part.

This court orders that one copy of the released documents will be provided to defense counsel and one to the assistant United States Attorney, Mr. Barrett. Disclosure of the contents of the released documents will be made only to the defendant, defense counsel, defense counsel's investigator, and assistant U.S. attorney, and the assistant U.S. attorney's investigator.  None of these people will copy or duplicate the contents of the released documents in any fashion. Upon final disposition of the above-entitled matter, a copy of the released documents provided to the defense and to the United States will be returned not to the Court, but to the City, and the City will retain the copies that are returned to it.
The documents that will be supplied will be personnel evaluations, commendations, work history, and training, and the Internal Affairs files.  These documents will be pertinent to the following individuals:  Nathan Johnson, David Rosenoff, Jordan Leffler, D. Mielke and F. Juliano.
Since counsel for the city has those documents available, they will be turned over to the assistant U.S. attorney and to Mr. Pepin as the federal public defender representing Mr. Riddle in this case no later than the end of the week (**June 6, 2014**).

**ORDER:**      Defendant is remanded to the care and custody of the United States Marshal Service

**4:29 p.m.**      **Court in recess.**

**Total Time:      30 minutes.**
**Hearing concluded.**