UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 13-cr-00506-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LAHKEAM MALIEK RIDDLE,

    Defendant.

---

## ORDER

---

THIS MATTER was before the Court on June 23, 2014, for hearing on the Motion to Continue Motions Hearing and for Evaluation of Competency (Motion) **(#45)**. The Motion was granted. In accordance with the Court's oral findings,

**IT IS ORDERED** that Dr. Susan Bograd is appointed to conduct a competency examination of Defendant Lahkeam Maliek Riddle, as soon as practicable, and to inform the Court and the parties of her finding, and if necessary, testify at a hearing concerning same, pursuant to 18 U.S.C. Sections 4241(b) and 4247(b) and ( c ). Dr. Bograd shall provide copies of her report to this court and to the parties within 45 days. It is

**FURTHER ORDERED** that counsel for Defendant shall provide Dr. Bograd with a copy of this Order.

Dated this 25th day of June, 2014.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              Chief United States District Judge